UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62400-MC-COHN/VALLE

WILLIAM ROSE,

    Plaintiff,

vs.

CELLULAR TOUCH WIRELESS, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 19] ("Report") submitted by United States Magistrate Judge Alicia O. Valle regarding Plaintiff William Rose's Motion to Compel Compliance with Non-Party Subpoena Served upon KPMG, LLP ("KPMG") [DE 1] (Motion to Compel), and Non-Party T-Mobile USA, Inc.'s Motion to Intervene to Transfer Motion to Compel, Quash Subpoena, or for Protective Order [DE 7] ("Motion to Transfer").  The Court has reviewed the Motions, Judge Valle's Report and Recommendation, the record in this case, and is otherwise advised in the premises.

The Court notes that no objections were filed, and the deadline for doing so has passed.  Upon careful consideration, the Court will adopt the Report in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 19] is **ADOPTED** in its entirety;

2. The Court **DEFERS** ruling on Plaintiff's Motion to Compel [DE 1] and **TRANSFERS** these miscellaneous proceedings to the Middle District of Florida in

the action styled <u>Rose v. Cellular Touch Wireless, Inc.</u>, No. 2:23-CV-00022-JLB-KCD.

3. Non-Party T-Mobile USA, Inc.'s Motion to Transfer [DE 7] is **GRANTED** to transfer enforcement of the KPMG Subpoena to the Middle District of Florida.

4. The Clerk of Court is directed to **CLOSE** this case and **DENY** as moot all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of April, 2024.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Magistrate Judge Alicia O. Valle
Counsel of record via CM/ECF